UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-13508-RWZ | MDL No. 1:13-md-2419-RWZ |

## FINAL ORDER APPROVING WRONGFUL DEATH DISTRIBUTIONS AND DISMISSING THE CASE WITH PREJUDICE

Petitioner John D. Eure, Esq., Administrator of the Estate of Sydney M. Creasy, deceased, by counsel, pursuant to Va. Code § 8.01-55, requests the Court's entry of an order approving the distribution of Settlement Proceeds among the Statutory Beneficiaries and others as reflected in their Petition for Final Approval of Distribution of Wrongful Death Settlement Proceeds Pursuant to Va. Code § 8.01-55 (the "Petition).

Upon consideration of the Petition, and for good cause shown, the Court finds and orders the following:

1. The Court has previously approved the underlying settlement of the Petitioner's claims, subject only to a final order regarding distribution of the settlement proceeds. The Petitioner's claims under applicable settlement agreements have been processed, and funds have been awarded to Petitioner for payment to the Statutory Beneficiaries, subject to applicable attorney fees, costs and expenses. There are no known liens attached to the settlement proceeds

2. The two Statutory Beneficiaries have not reached an independent agreement as to how the settlement proceeds should be distributed after payment of attorney fees, costs and

expenses. The Court hereby finds the attorney fees and expenses, to be paid as ordered below, to be fair and reasonable under the circumstances of this case.

    3.    The Tort Trustee is hereby ordered to make distribution of the settlement proceeds as follows:

        a.    To Crandall & Katt and John D. Eure, Administrator of the Estate of Sydney M. Creasy, deceased: $5,165.70, this amount to be further apportioned by Crandall & Katt as follows:

            (i)    $1,494.42 to Crandall & Katt in payment of its attorney fees;

            (ii)    $2,671.28 to Crandall & Katt in payment of its expenses associated with this case;

            (iii)    $500.00 to John D. Eure, Esq., in payment for his fee to become Administrator of the Estate;

            (iv)    $250.00 to Katherine Anne Shughart in payment of her portion of the proceeds as Statutory Beneficiary;

            (v)    $250.00 to Ashley Sawyer in payment of his portion of the proceeds as Statutory Beneficiary;

    5.    The petitioner's lawsuit is hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and expenses.

ENTER, this 19th day of September, 2018.

                                                      _____
                                                      United States District Court Judge

I request entry of this order:

/s/Patrick T. Fennell
Patrick T. Fennell, VSB 40393
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for John D. Eure, Esq., Administrator
of the Estate of Sydney M. Creasy, deceased.